# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>V.<br>Chancelor Nathan Taylor<br>DOB:XXXXXX<br><br>Defendant(s) | Case No. 23-mj-238<br>Assigned To: Magistrate Judge Zia M. Faruqui<br>Date Assigned:9/1//2023<br>Description: Complaint with Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant. in this case, state that the following is trne to the best of my knowledge and belief. On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia__ , the defendant(s) violated:

*Code Section*                                                      *Offense Description*

18 U.S.C. § 111(a)(1) - Forcibly assault, resist, oppose, impede, intimidate or interfere with certain designated individuals,
18 U.S.C. § 1752(a)(1) - Knowingly enter or remain in any restricted building or grounds without lawful authority to do,
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

This criminal complaint is based on these facts: See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. C1im. P. 4.1 by telephone.

Date: ____09/01/2023_____                    _____
                                                 *Judge's signature*

City and state:          Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
                                                 *Printed name and title*