Case No. 23-mj-238
Assigned To: Magistrate Judge Zia M. Faruqui
Date Assigned:9/1//2023
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

Your affiant, Chris Hilliard, is a Special Agent assigned to the Kansas City Federal Bureau of Investigation ("FBI") Field Office, Springfield Resident Agency.  In my duties as a Special Agent, I have participated in many investigations and have employed a variety of investigative techniques in these investigations, including Title-III interceptions of wire communications, consensual monitoring of communications, undercover operations, confidential human sources (CHS), utilization of physical surveillance, controlled purchases of contraband, electronic surveillance (GPS precision location and monitoring intercepted telephone conversations and taking law enforcement action based on intercepted conversations), investigative interviews, trash covers, mail covers, financial investigations, the use of Administrative and Grand Jury Subpoenas, and the execution of arrest and search warrants. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent with the FBI, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President

Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Since January 6, 2021, the FBI has worked to identify those who were at the Capitol grounds and those who attacked and interefered with law enforcement officers.  One such individual was ultimately identified as CHANCELOR NATHAN TAYLOR, a resident of Anderson, Missouri.

At approximately 4:00 p.m., a line of police officers were guarding the Upper West Terrace area outside of the Captiol Buildling.  The officers were acting in their official capacity as law enforcement officers and were engaged in the lawful performance of their official duties.  The officers formed a line across a staircase, where a large crowd had formed.  The officers held protective shields in front of them as a barrier. The crowd was hostile toward the officers and many in the crowd were attempting to get through the line to go toward the Capitol.

Multiple rioters, including TAYLOR, suddenly rushed at the line of police officers standing on the stairs.  The rioters used their bodies to physically push into the officers' shields, and one rioter pointed a long stick at officers while another waved a golf club at them.  TAYLOR ran toward the officers and barreled into the line with his shoulder, hitting one of the officer's shields, as depicted below in Figure 1.



Figure 1

The officer responded by pushing TAYLOR backward.  TAYLOR fell to the ground, but quickly regained his footing and continued to actively resist the officers, as depicted below in Figure 2.  Other rioters in the crowd attempted to restrain TAYLOR and pull him back toward the crowd.



Figure 2

Officers deployed oleoresin capsicum (OC) spray at TAYLOR, who then retreated down the stairs.

After retreating, TAYLOR turned around and shouted at officers, "I hope you all fucking die!" Figure 3.



Figure 3

Video footage of TAYLOR shows he was wearing a black long sleeve shirt with the words "Stop the Steal" printed on the back, a gray bandana around his neck, and a pink backpack.  Figure 4.



Figure 4

Investigators in this case have spoken to TAYLOR on three separate occasions. TAYLOR admitted that he was the person depicted in the photos herein. After face-to-face contact with TAYLOR, investigators were further able to confirm that the photos and videos discussed herein depicted TAYLOR.

TAYLOR provided the FBI with the black long sleeve shirt and the pink backpack that he was observed wearing on January 6. The backpack and shirt match the items depicted in the video. Further, investigators obtained consent to review the contents of TAYLOR'S cellular phone. Geographic data from the device confirms that TAYLOR was in Washington DC on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that CHANCELOR NATHAN TAYLOR violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate or interfere with certain designated individuals. Within the meaning of this statute, a designated individual is an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services), while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of official duties or on account of that assistance.

Based on the foregoing, your affiant submits that there is probable cause to believe that CHANCELOR NATHAN TAYLOR violated 18 U.S.C. § 1752(a)(1), (2), and (4), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within

such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that CHANCELOR NATHAN TAYLOR violated 40 U.S.C. § 5104(e)(2)(D) and (F), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

_____
Special Agent Christopher Hilliard
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of September 2023.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE