AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Chancelor Nathan Taylor<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 23-mj-238<br>Assigned To: Magistrate Judge Zia M. Faruqui<br>Date Assigned: 9/1//2023<br>Description: Complaint with Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Chancelor Nathan Taylor,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Forcibly assault, resist, oppose, impede, intimidate or interfere with certain designated individuals,
18 U.S.C. § 1752(a)(1) - Knowingly enter or remain in any restricted building or grounds without lawful authority to do,
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 09/01/2023

Zia M. Faruqui
2023.09.01 16:02:45 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.                         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 09/01/23, and the person was arrested on *(date)* 09/07/23
at *(city and state)* Neosho, MO

Date: 09/08/23

Michael Cavener, Deputy US Marshal
*Arresting officer's signature*
*Printed name and title*