UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 23-mj-00238 (ZMF) |
| CHANCELOR TAYLOR, | : |
| Defendant. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 26, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge